IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUSTIN OLSEN | ) |
| | ) |
| v. | ) NO. 3:06-1219 |
| | ) JUDGE CAMPBELL |
| REGENT DODGE, INC. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 11), to which no Objections have been filed. The Plaintiff has also failed to respond to the Defendant's pending Motion to Dismiss, even though he was ordered to do so by the Magistrate Judge. See Docket No. 9.

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted in part and overruled in part. Defendant's Motion to Dismiss (Docket No. 7) is GRANTED. For the reasons stated in the Report and Recommendation, Plaintiff's sexual orientation discrimination claim is DISMISSED. The remainder of Plaintiff's claims are DISMISSED without prejudice for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b).

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE